IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                    No. CR 20-1486 KG

STETSON SHANE BARNES,
DONALD ALFRED BUSCH, and
TYSON LEE TERRELL,

    Defendants.

## COURT'S LIMITING INSTRUCTION REGARDING VIDEO RECORDING OF DEFENDANT DONALD BUSCH'S STATEMENT TO POLICE

    Certain evidence may be admitted for a specific purpose or as to a specific person.

    In this instance, you are to consider this video recording only as to Donald Busch and not as to Stetson Barnes or Tyson Terrell.

**COURT'S EXHIBIT 1**