IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                           No. CR 20-1486 KG

STETSON SHANE BARNES,
DONALD ALFRED BUSCH, and
TYSON LEE TERRELL,

    Defendants.

### COURT'S LIMITING INSTRUCTION FOR JEHRA HEDGECOCK

You have heard the testimony of Jehra Hedgecock. You have also heard that, before this trial, she made a statement that may be different from her testimony here in court.

These earlier statements, including any audio/video statements and hand-written statements, were brought to your attention only to help you decide how believable her testimony in this trial was. You cannot use it as proof of anything else. You can only use it as one way of evaluating her testimony here in court.

**COURT'S EXHIBIT 2**